UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE HURT,<br><br>                    Plaintiff,<br><br>-against-<br><br>U.S. CONSTITUTION; THE AMERICAN HERITAGE COLLEGE DICTIONARY; INTERNATIONAL JUSTICE COURT; INTERNATIONAL CRIMINAL COURT; INTERNATIONAL PEACE COURT; JUDICIAL BRANCH OF GOVERNMENT; UNITED STATES OF AMERICA.,<br><br>                    Defendants. | 1:22-CV-4392 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 10, 2022, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that under the October 11, 2013 order in *Hurt v. D.C. Bd. of Parole*, ECF 1:13-CV-5365, 3 (S.D.N.Y. Oct. 11, 2013), *appeal dismissed*, No. 13-4474 (2d Cir. Apr. 3, 2014), this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 10, 2022
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                     Chief United States District Judge